IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOE NEIL GLENN, Jr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:23-cv-146 (MTT) |
| | ) |
| Cert Team Officer AVALA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

United States Magistrate Amelia G. Helmick recommends granting the defendants' motion for partial summary judgment (Doc. 59) and denying Plaintiff Joe Glenn's motions for summary judgment (Doc. 67) and partial summary judgment (Doc. 69). Doc. 77. Glenn objected. Doc. 80. Pursuant to 28 U.S.C. § 636(b)(1), the Court reviewed the Recommendation de novo.

Glenn objects to the Magistrate Judge's finding that he did not suffer more than a *de minimis* physical injury. Doc. 80 at 1; *see* Doc. 77 at 6-8. Glenn maintains that after he was punched, "there was blood flow and an injury that required medical attention at that time." Doc. 80 at 1-2. Glenn testified that his teeth went through his lip and his mouth "started pouring blood." Doc. 59-3 at 17:3-4; 23:20-21. While the Magistrate Judge noted that the nurse attending to Glenn "felt no treatment was needed" (Doc. 77 at 7), the Court finds that the evidence, construed in the light most favorable to Glenn, is sufficient to create a genuine issue of material fact as to more than *de minimis* injury. *See Couch v. Britton,* 2016 WL 2991094, at *7 (M.D. Ga. Apr. 8, 2016) (collecting cases), *recommendation adopted as modified*, 2016 WL 2993175 (M.D. Ga. May 23,

-2-

2016).  Accordingly, Glenn's claim for compensatory damages is not barred by 42 U.S.C. § 1997e(e).

After review, the Court accepts and adopts in part the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 77) is **ADOPTED in part and REJECTED in part.**  The defendants' motion for partial summary judgment (Doc. 59) is **DENIED** and Glenn's motions for summary judgment (Doc. 67) and partial summary judgment (Doc. 69) are **DENIED**.

**SO ORDERED**, this 28th day of August, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT