IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOE NEIL GLENN, JR., | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00146-MTT-AGH |
| | * |
| ERICK AYALA, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to the Jury verdict dated December 8, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant shall recover costs of this action.

This 9th day of December, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk